# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 1:16-CR-89-HAB-SLC |
| TYQUANE STEWART, | |

## OPINION AND ORDER

Before the Court is a letter from Defendant (ECF No. 98) seeking a modification of his revocation sentence which the Court construes as a request for sentence modification. Generally, a court is statutorily prohibited from modifying a term of imprisonment once imposed. *See* 18 U.S.C. §3582(c). Although there are a handful of recognized exceptions, Defendant points to none of those exceptions in his letter. Accordingly, the Court denies the request for modification and takes no further action on the letter.

**SO ORDERED** this 19th day of November 2025.

          s/Holly A. Brady
          CHIEF JUDGE HOLLY A. BRADY
          UNITED STATES DISTRICT COURT